Date of Arrest: **06/06**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Ruben CAMACHO-Ramirez<br>AKA: None Known<br>208293561<br>YOB: 1980<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. **22-1902MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about June 06, 2022, Defendant Ruben CAMACHO-Ramirez, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Hidalgo, Texas on or about August 18, 2015. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

AUTHORIZED By: AUSA Tracy Van Buskirk for W. Vinnie Lichvar

*/s/ TVB*

*Sergio Mora*
Signature of Complainant

Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____June 07, 2022_____ at  _____Yuma, Arizona_____
Date                                          City and State

_____James F. Metcalf, United States Magistrate Judge_____
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Ruben CAMACHO-Ramirez
AKA:  None Known
208293561

# STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 06, 2022, near San Luis, Arizona.  Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Laredo, Texas on or about May 10, 2015.  The Defendant has been removed on three previous occasions.  The Defendant was most recently removed on or about August 10, 2015, through the port of Hidalgo, Texas.

Agents determined that on or about June 05, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Foster Ashley, Kevin Drake, and Jerry Lomeli.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Ethan Hawks.

*Sergio Mora*
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____June 07, 2022_____
Date

_____
Signature of Judicial Officer